# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *ABILENE DIVISION*

WENDY HERRERA

Plaintiff

v.

UHG I LLC

Defendant

1:19-cv-56

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

UHG I LLC does not have a parent corporation and no publicly traded company owns more than 10% of UHG I LLC's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Wendy Herrera and The Wood Firm, PLLC

|  |  |
|---|---|
| Date: | June 24, 2019 |
| Signature: | s/ Brendan H. Little |
| Print Name: | Brendan H. Little |
| Bar Number: | NY 4548004 |
| Address: | 50 Fountain Plaza, Suite 1700 |
| City, State, Zip: | Buffalo, NY 14202 |
| Telephone: | 716-853-5100 |
| Fax: | 716-853-5199 |
| E-Mail: | blittle@lippes.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons